# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

KINSALE INSURANCE COMPANY, an Arkansas corporation,

Plaintiff,

vs.

O'GARA COACH COMPANY, LLC, a California limited liability company; THOMAS MICHAEL O'GARA, an individual; RICH LASKI, an individual; DARREN MICHAEL RICHIE, an individual

Defendants.

Case No.: 2:19-cv-01380-R(SHSx)

**[Assigned to Hon. Manuel L. Real, Roybal Ctrm. 880]**

**ORDER TO DISMISS COMPLAINT AGAINST DARREN MICHAEL RICHIE WITHOUT PREJUDICE, AND AGREEMENT TO BE BOUND BY JUDGMENT**

Having considered the Stipulation of counsel and consent by defendant Darren Michael Richie ("RICHIE"), IT IS HEREBY ORDERED AS FOLLOWS:

1. The Complaint is dismissed without prejudice as to RICHIE only, with the Court to retain jurisdiction over RICHIE consistent with the terms of this Order.

2. RICHIE shall cooperate with the pending litigation by making himself available for deposition and trial testimony without the need for subpoena upon reasonable notice made by mail to RICHIE via his attorney, Delaney Miller, Esq., Richie Litigation, U.S. Bank Tower, 633 W. 5th Street, Suite 6780, Los Angeles,

1

**ORDER TO DISMISS COMPLAINT AGAINST DARREN RICHIE WITHOUT PREJUDICE AND AGREEMENT TO BE BOUND BY JUDGMENT**

CA 90071, pursuant to the Federal Rules of Civil Procedure as if he were still a party.

3. RICHIE has agreed and shall be bound by service by KINSALE of any discovery subpoena pursuant to Fed.R.Civ.P. 45 through his counsel of record via United States Mail. RICHIE waives personal service of the same as to KINSALE only. RICHIE retains the right to assert any objections he may have as to any such subpoena, including objections based on the attorney-client privilege, work product doctrine, trade secret, proprietary business information, privacy, right or any other objection made in good faith. RICHIE remains subject to the jurisdiction of this Court, and that he will accept service of any Notice to Appear at Trial via United States Mail and be bound thereby during the pendency of this Action.

4. RICHIE has agreed to waive any rights under California Code of Civil Procedure Section 1989 or its equivalent under the Federal Rules of Civil Procedure and will appear at trial in the pending litigation on notice as set forth above as if he were still a party regardless of his residence at the time of service, which he has agreed to receive via United States Mail in care of Delaney Miller, Esq., Richie Litigation, U.S. Bank Tower, 633 W. 5th Street, Suite 6780, Los Angeles, CA 90071.

5. Notwithstanding dismissal of the within action against RICHIE without prejudice, RICHIE agrees to be bound by any judgment ultimately rendered against any other person or entity named or to be named as a defendant in the within Action as though he was still a party to this Action. To that end, the Court retains jurisdiction over RICHIE for that limited purpose.

///

///

///

///

///

**2**

**ORDER TO DISMISS COMPLAINT AGAINST DARREN RICHIE WITHOUT PREJUDICE AND AGREEMENT TO BE BOUND BY JUDGMENT**

6.      KINSALE and RICHIE shall each bearing their own costs and attorney fees as respects RICHIE.

7.      This Order may be the basis for an instruction to the trier or findings by the Court, but only in a manner not inconsistent with its stated terms.

DATED:  May 3, 2019

_____
UNITED STATES DISTRICT JUDGE

**3**

**ORDER TO DISMISS COMPLAINT AGAINST DARREN RICHIE WITHOUT PREJUDICE AND AGREEMENT TO BE BOUND BY JUDGMENT**